IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02488-AP

SAMMY ALBRO,

    Plaintiff,

v.

MICHAEL J. ASTRUE,[1] Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

### 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

<u>For Plaintiff:</u>
Ann J. Atkinson, Esq.
7960 S. Ireland Way
Aurora, CO  80016-1904
(303) 680-1881
(303) 680-7891 (facsimile)

<u>For Defendant:</u>

TROY A. EID
United States Attorney

KURT J. BOHN

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security and should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as Defendant in this action.  42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

        Assistant United States Attorney

        Teresa H. Abbott
        Special Assistant United States Attorney

        *Mailing Address:*
        *1961 Stout Street, Suite 1001A*
        *Denver, Colorado  80294*

        *Street Address:*
        1225 Seventeenth Street, Suite 700
        Denver, Colorado 80202
        (303) 454-0100
        (303) 454-0404 (fax)

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.     Date Complaint Was Filed:**  December 12, 2006

    **B.     Date Complaint Was Served on U.S. Attorney's Office:**  December 18, 2006

    **C.     Date Answer and Administrative Record Were Filed**:  February 16, 2007

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**
The Plaintiff states that the record appears to be complete.
Defendant states that the record is complete.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**
Plaintiff does not anticipate filing any additional evidence.
Defendant states that there is no additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

   Plaintiff states that this case raises no unual claims or defenses.
   Defendant states that the case raises no unusual claims or defenses.

**7.   OTHER MATTERS**

   None.

**8.   PROPOSED BRIEFING SCHEDULE**

   **A.   Plaintiff's Opening Brief Due:**   April 6, 2007

   **B.   Defendant's  Response Brief Due:** May 7, 2007

   **C.   Plaintiff's  Reply Brief (If Any) Due:** May 22, 2007

**9.   STATEMENTS REGARDING ORAL ARGUMENT**

   **A.**   Plaintiff  does not request oral argument

   **B.**   Defendant does not request oral argument.

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   **B.   ( X )  All parties not have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.  OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 23rd day of February, 2007.

BY THE COURT:

  s/John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/   Ann J. Atkinson | TROY A. EID |
| Ann J. Atkinson | UNITED STATES ATTORNEY |
| Attorney at Law | |
| 7960 S. Ireland Way | s/ Kurt J. Bohn |
| Aurora, CO  80016-1904 | KURT J. BOHN |
| (303) 680-1881 | Assistant U.S. Attorney |
| AtkinsonAJ@aol.com | 1225 Seventeenth Street, Suite 700 |
| | 17th Street Plaza |
| Attorney for Plaintiff | Denver, Colorado 80202 |
| | Telephone: (303) 454-0100 |
| | kurt.bohn@usdoj.gov |
| | |
| | s/ Teresa H. Abbott |
| | By: Teresa H. Abbott |
| | Special Assistant U.S. Attorney |
| | teresa.abbott@ssa.gov |
| | |
| | *Mailing Address:* |
| | 1961 Stout St., Suite 1001A |
| | Denver, Colorado  80294 |
| | Telephone: (303) 844-0815 |
| | |
| | *Street Address:* |
| | United States Attorney's Office |
| | 1225 Seventeenth Street, Suite 700 |
| | Denver, Colorado  80202 |
| | Telephone:  (303) 454-0100 |
| | |
| | Attorney for Defendant(s) |